UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 31423
   CHARLES R POLONSKY
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-1931
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/10/05 .

2. The case was converted to Chapter 7 without confirmation, 10/27/2005.

3. The Debtor paid a total of $ 5410.17 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN FEDERAL BK/DEUTSCH | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BK/DEUTSCH | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| DOMINION CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NAGEL & GYARMATHY LTD | UNSECURED | NOT FILED | .00 | .00 |
| HBML INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| MASUDA FUNAI EIFERT MITC | UNSECURED | NOT FILED | .00 | .00 |
| ROLLING HILLS NURSERY | UNSECURED | NOT FILED | .00 | .00 |
| TRUSTMARK RECOVERY SRV | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| ALAN H SHIFIM & ASSOC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, COHEN & KROL         , was allowed $     .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $  5410.17 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/06                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```